# THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF WISCONSIN

---

ELISA S. GALLO, M.D.,

                Plaintiff,

  v.

MAYO CLINIC HEALTH SYSTEM – FRANCISCAN MEDICAL CENTER, INC. and MICHAEL WHITE, M.D.,

                Defendants.

Case No. 3:15-CV304

---

## NOTICE OF APPEAL

---

      Notice is hereby given that Plaintiff Dr. Elisa S. Gallo, M.D. hereby appeals to the United States Court of Appeals for the Seventh circuit from the Final judgment entered in this action on January 24, 2017 (Op. & Order, Jan. 24, 2017 [Dkt. 97] ("Final Judgment")) and from the Order entered in this action on February 23, 2017 denying Dr. Gallo's timely motions under Rules 52 and 59 of the Federal Rules of Civil Procedure (Court Order, Feb. 23, 2017 [Dkt. 106] ("Court Order").)

      In appealing from the Final Judgment and Court Order, Dr. Gallo appeals from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the Final Judgment and Court Order, that shaped the Final Judgment and Court Order, that are related to the Final Judgment and Court Order, and upon which the Final Judgment and Court Order are based.

Dated this 23rd day of March, 2017.

                                                By:    */s/ Elizabeth M. Locke*

Thomas A. Clare (Pro Hac Vice)
Elizabeth M. Locke (Pro Hac Vice)
Megan L. Meier (Pro Hac Vice)
Dustin A. Pusch (Pro Hac Vice)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

*Attorneys for Plaintiff Elisa S. Gallo, M.D.*